**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Richard Mary                          Laura Mary
Richard Mary and Associates           Richard Mary and Associates
10641 Pecue Lane                      10641 Pecue Lane
Baton Rouge LA 70810                  Baton Rouge LA 70810


**REHEARING ACTION: February 21, 2018**


**Docket Number: 17   00324-CA**

**DIRECT TECH DRILLING, LLC**
**VERSUS**
**DANRIK CONSTRUCTION, INC., ET AL.**

**Appealed from Calcasieu Parish Case No. 2015-1335**


**BEFORE JUDGES**:

   **Hon. Ulysses Gene Thibodeaux**
   **Hon. Sylvia R. Cooks**
   **Hon. Shannon J. Gremillion**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Danrik Construction, Inc.** has this day been

   **DENIED.**


cc: Teresa D. Cop, Counsel for the Appellee
    Craig Lewis Kaster, Counsel for the Appellee